EDWIN R. LA VIN, Respondent, *v.* RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Appellant.

Submitted April 7, 1952; decided April 18, 1952.

*Meyer Kraushaar* for motion.
*Leo E. Sherman* and *Irving I. Hartman* opposed.

Motion granted and appeal dismissed.